IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY JOHN VENERI, JR., : | |
| Petitioner, : | |
| : | |
| v. : | CIVIL ACTION NO. 21-CV-0304 |
| : | |
| STATE CORRECTIONAL : | |
| INSTITUTION: LAUREL HIGHLANDS,: | |
| *et al.*, : | |
| Respondents. : | |

## ORDER

AND NOW, this 5th day of March, 2021, for the reasons stated in the Court's Memorandum accompanying this Order, it is **ORDERED** that:

1. The "Motion-to-Disqualify Yourself" (ECF No. 4) is **DENIED**.

2. Petitioner Anthony Veneri, Jr., is **ENJOINED**, pursuant to the All Writs Act, 28 U.S.C. § 1651(a), from filing further petitions for a writ of *habeas corpus* challenging his 1979 convictions,[1] whether as a new petition or an amended petition in a previously-filed case, unless the petition is transmitted to this Court from the Court of Appeals for the Third Circuit with an order authorizing the successive petition. In other words, the Clerk of Court shall only docket a petition for a writ of *habeas* corpus filed by Veneri challenging his 1979 convictions if it is transmitted to this Court by the Third Circuit with an order authorizing Veneri to file the successive petition.

3. The Clerk of Court **SHALL NOT DOCKET** any new *habeas* petitions filed by Veneri that are covered by this injunction. If Veneri submits a *habeas* petition to the Court that

---

[1] *See Commonwealth v. Veneri*, CP-23-CR-0003526-1978 & CP-23-CR-0003713-1978 (Delaware C.P.).

is covered by this injunction, the Clerk of Court is directed to return the petition without docketing it, along with a copy of this Order. If Veneri submits a *habeas* petition that is only partially covered by this injunction, the Clerk of Court shall return the petition to Veneri without docketing it. In such a case, Veneri may resubmit the filing for docketing so long as he is not seeking a writ of *habeas corpus* in connection with his two 1979 convictions[2] prior to obtaining authorization from the Third Circuit.

4. Veneri's "Petition-for-a-Writ-of-Mandamus; Nunc-Pro-Tunc" (ECF No. 5) is **STRICKEN**.

5. No later than ten (10) days from the date of this Order, Veneri shall **SHOW CAUSE** by filing a "Response to Show Cause Order" not to exceed ten pages stating why the Court should not enjoin him from filing further petitions for a writ of *mandamus* challenging his 1979 convictions.

6. Veneri is on notice that he may be subjected to further restrictions if he submits filings not covered by this injunction that are meritless.

7. To the extent one is required, there is no cause to issue a certificate of appealability.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

---

[2] *See Commonwealth v. Veneri*, CP-23-CR-0003526-1978 & CP-23-CR-0003713-1978 (Delaware C.P.).